. 395 A.2d 986

Hansen v. Ford Motor Credit Company (et al., Appellant).

Hansen v. Ford Motor Credit Company, Appellant, et al.

Argued September 14, 1978.   Howard Saul Marcu, for appellant at No. 1449, and appellee at No. 1663; Melvin S. Mantz, submitted a brief for appellant at No. 1663, and appellee at No. 1449;  Stephen A. McBride for appellee, Hansen.

Before CERCONE, SPAETH and LIPEZ, JJ.

Decree affirmed.